UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SEAN WAWRZONEK, a minor by       )
and through his mother Joyce,    )
and JOYCE WAWRZONEK,             )
        Plaintiffs              )
                                 )
        v.                      ) C.A. No. 07-30016-MAP
                                 )
PAUL GAGLIARDUCCI, ET AL,        )
        Defendants              )

MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION WITH REGARD TO
DEFENDANTS' MOTIONS TO DISMISS
(Dkt. Nos. 30, 32, 39 & 53)

June 26, 2008

PONSOR, D.J.

    This is an action against sixteen individual defendants, the Hampden-Wilbraham Regional School District School Committee, the State of Massachusetts Department of Education, and the Bureau of Special Education Appeals, charging in essence that these persons and entities were responsible for depriving Plaintiff's son of necessary special education services over many years.

    In September of 2007, Defendants filed three Motions to Dismiss. After numerous extensions, Plaintiffs filed their opposition to the motions on April 2, 2008. These motions were referred to Chief Magistrate Judge Kenneth P. Neiman for report and recommendation.

On June 4, 2008, Judge Neiman issued his Report and Recommendation, to the effect that Defendants' motions should be allowed, based upon Plaintiffs' failure to comply with the applicable statutes of limitation. The conclusion of the Report and Recommendation admonished the parties that objections to the Report and Recommendation would have to be filed no later than June 20, 2008.

On June 17, 2008, Plaintiffs filed a Motion for Extension of Time to June 20, 2008 to file objections to the Report and Recommendation. This motion was denied by Judge Neiman on June 18, 2008, as moot, since the Report and Recommendation already gave Plaintiffs until June 20, 2008 to file their objection.

Despite the notice and the ruling on the Motion for Extension, no objections were filed by June 20, 2008. Instead, on June 23, 2008, Plaintiffs faxed a Motion to Enlarge Time to the court, which was docketed on June 24, 2008 as Dkt. No. 55. The court has denied this Motion to Enlarge Time.

Upon <u>de novo</u> review, the court hereby ADOPTS the Report and Recommendation dated June 4, 2008 (Dkt. No. 53) and ALLOWS Defendants' Motions to Dismiss. For the reasons set forth in detail in Judge Neiman's thoughtful memorandum, Plaintiff simply cannot overcome the legal deficiencies in

her pleadings arising from the violation of the applicable statutes of limitation. The obvious sincerity and commendable vigor of Plaintiff's argument cannot overcome this fatal legal flaw. It would be false charity to pretend otherwise, where any relief afforded by this court to Plaintiffs would simply be vacated on appeal.

In sum, the Motions to Dismiss (Dkt. Nos. 30, 32 & 39) are hereby allowed. The clerk is ordered to enter a judgment in favor of all Defendants. This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge